*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gregory J. Fricker and
Patricia M. Fricker
    Debtor(s)

Case No: 17−14256−mdc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 2016 HARLEY−DAVIDSON FXDB STREET BOB, VIN:1HD1GXM11GC316199. , Filed by Harley−Davidson Represented by MATTEO SAMUEL WEINER

    on: 11/9/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/16/17

Timothy B. McGrath
Clerk of Court

18 − 16
Form 167