## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregory J. Fricker<br>Patricia M. Fricker<br><br>Debtor(s) | CHAPTER 13 |
| Harley-Davidson Credit Corp<br><br>Movant<br><br>vs. | NO. 17-14256 JKF |
| Gregory J. Fricker<br>Patricia M. Fricker<br><br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br><br>Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson Credit Corp, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362 (d) as to Movant, to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2016 HARLEY-DAVIDSON FXDB STREET BOB with VIN #: 1HD1GXM11GC316199. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this    9ᵗʰ day of November, 2017.

_Magdeline D. C_____
United States Bankruptcy Judge

cc: See attached service list

Gregory J. Fricker
526 Pennypack Circle
Hatboro, PA 19040

Patricia M. Fricker
526 Pennypack Circle
Hatboro, PA 19040

Sean P. Mays
65 West Street Road
Suite B102
Warminster, PA 18974

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532