# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 17-14256-MDC

GREGORY J FRICKER
PATRICIA M FRICKER
526 PENNYPACK CIRCLE

HATBORO, PA 19040

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GREGORY J FRICKER
    PATRICIA M FRICKER
    526 PENNYPACK CIRCLE

    HATBORO, PA 19040

Counsel for debtor(s), by electronic notice only.

    SEAN P. MAYS
    THE MAYS LAW FIRM PC
    65 W. STREET ROAD  STE B102
    WARMINSTER, PA 18974-

                                              /S/ William C. Miller

Date: 3/16/2018                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee