IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory J. Fricker : CHAPTER 13
Patricia M. Fricker :
: Case No. 17-14256-mdc
Debtors :
:

# ORDER

AND NOW, this 10th day of July 2018, upon consideration of Debtors' objection to the proof of claim of LVNV Funding, LLC, Claim No. 15, and any response thereto, and a hearing thereon, it is hereby

OREDERED that Debtors' objection is SUSTAINED and Claim No. 15 is DISALLOWED and EXPUNGED.

Magdeline D. Coleman
Judge
United States Bankruptcy Court

Copies to:

Sean P. Mays, Esq.
Attorney for Debtor
*Via ECF Notification*

William C. Miller, Esq.
Chapter 13 Trustee
*Via ECF Notification*

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
*Creditor*

Gregory J. Fricker
Patricia M. Fricker
526 Pennypack Circle
Hatboro, PA 19040
*Debtors*