```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-14256-mdc
Gregory J. Fricker                                              Chapter 13
Patricia M. Fricker
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 11, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db/jdb         +Gregory J. Fricker,    Patricia M. Fricker,    526 Pennypack Circle,    Hatboro, PA 19040-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13987990       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:41:33
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              SEAN P. MAYS   on behalf of Joint Debtor Patricia M. Fricker sean@maysfirm.com
              SEAN P. MAYS   on behalf of Debtor Gregory J. Fricker sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory J. Fricker            : CHAPTER 13
      Patricia M. Fricker            :
                                : Case No. 17-14256-mdc
          Debtors            :
                                  :

# ORDER

AND NOW, this 10th day of July 2018, upon consideration of Debtors' objection to the proof of claim of LVNV Funding, LLC, Claim No. 13, and any response thereto, and a hearing thereon, it is hereby

OREDERED that Debtors' objection is SUSTAINED and Claim No. 13 is DISALLOWED and EXPUNGED.

Magdeline D. Coleman
Judge
United States Bankruptcy Court

Copies to:

Sean P. Mays, Esq.
Attorney for Debtor
*Via ECF Notification*

William C. Miller, Esq.
Chapter 13 Trustee
*Via ECF Notification*

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
*Creditor*

Gregory J. Fricker
Patricia M. Fricker
526 Pennypack Circle
Hatboro, PA 19040
*Debtors*