## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PA

Chapter:      13
Case No:      1714256

In re:      GREGORY J. FRICKER
            PATRICIA M. FRICKER


Account Number:  8641


## WITHDRAWAL OF ASSIGNMENT OF CLAIM


PRA Receivables Management, LLC as agent of Portfolio Recovery Associates LLC, withdraws the Assignment of Claim filed on 3/16/2018.

Docket No. 28

On this 9/25/2018.


By:   /s/ Glenda Hendricks
      Glenda Hendricks, Bankruptcy Representative
      PRA Receivables Management, LLC as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com