**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| GREGORY FRICKER | : CASE NO. 17-14256 |
| PATRICIA M. FRICKER | |

**ORDER APPROVING STIPULATION RE: CLAIM NO. 5**

AND NOW, this 13th day of December, 2018, upon consideration of the within Stipulation Re: Claim No. 5, it is ORDERED that said Stipulation is APPROVED.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE