United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14256-mdc
Gregory J. Fricker                                                        Chapter 13
Patricia M. Fricker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 13, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db/jdb          +Gregory J. Fricker,    Patricia M. Fricker,    526 Pennypack Circle,    Hatboro, PA 19040-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
        MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
        SEAN P. MAYS    on behalf of Joint Debtor Patricia M. Fricker sean@maysfirm.com
        SEAN P. MAYS    on behalf of Debtor Gregory J. Fricker sean@maysfirm.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| GREGORY FRICKER | : CASE NO. 17-14256 |
| PATRICIA M. FRICKER | |

**ORDER APPROVING STIPULATION RE: CLAIM NO. 5**

AND NOW, this 13th day of December, 2018, upon consideration of the within Stipulation Re: Claim No. 5, it is ORDERED that said Stipulation is APPROVED.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE