IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GREGORY J. FRICKER ) <br> PATRICIA M. FRICKER ) <br> **Debtors** ) <br> ) <br> SANTANDER CONSUMER USA INC. ) <br> dba CHRYSLER CAPITAL AS SERVICER ) <br> FOR CCAP AUTO LEASE LTD. ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> GREGORY J. FRICKER ) <br> PATRICIA M. FRICKER ) <br> **Respondent** ) <br> ) <br> WILLIAM C. MILLER <br> **Trustee** | CHAPTER 13 <br><br> Case No.: 17-14256 (MDC) <br><br> **Hearing Date: 4-2-19 at 10:30 AM** <br><br> 11 U.S.C. 362 |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about April 23, 2019 in the above matter is APPROVED.

Dated: May 15, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE