IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: GREGORY J. FRICKER | ) | |
| PATRICIA M. FRICKER | ) | |
| **Debtor** | ) | CHAPTER 13 |
| | ) | |
| PRESTIGE FINANCIAL SERVICES | ) | Case No.: 17-14256 (MDC) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | **Hearing Date:  8-25-20 at 10:30 AM** |
| | ) | |
| GREGORY J. FRICKER | ) | 11 U.S.C. 362 |
| PATRICIA M. FRICKER | ) | |
| **Respondent** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Prestige Financial Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Jeep Wrangler** bearing vehicle identification number 1C4HJWEG1FL677381 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  September 8, 2020

_Magdeline D. Coleman_
_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**