```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                  Case No. 17-14256-mdc
Gregory J. Fricker                                                      Chapter 13
Patricia M. Fricker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 08, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db/jdb          +Gregory J. Fricker,   Patricia M. Fricker,   526 Pennypack Circle,   Hatboro, PA 19040-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              SEAN P. MAYS   on behalf of Debtor Gregory J. Fricker sean@maysfirm.com
              SEAN P. MAYS   on behalf of Joint Debtor Patricia M. Fricker sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Prestige Financial Services
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: GREGORY J. FRICKER                )           |    |    |
| PATRICIA M. FRICKER                       )           |    |    |
| **Debtor**                                              )           | CHAPTER 13 |    |
|                                                                  )           |    |    |
| PRESTIGE FINANCIAL SERVICES     )           | Case No.: 17-14256 (MDC) |    |
| **Moving Party**                                    )           |    |    |
|                                                                  )           |    |    |
| v.                                                            )           | **Hearing Date:  8-25-20 at 10:30 AM** |    |
|                                                                  )           |    |    |
| GREGORY J. FRICKER                       )           | 11 U.S.C. 362 |    |
| PATRICIA M. FRICKER                       )           |    |    |
| **Respondent**                                      )           |    |    |
|                                                                  )           |    |    |
| WILLIAM C. MILLER                          )           |    |    |
| **Trustee**                                            )           |    |    |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Prestige Financial Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Jeep Wrangler** bearing vehicle identification number 1C4HJWEG1FL677381 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  September 8, 2020

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**