UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| GREGORY J. FRICKER | : | |
| PATRICIA M. FRICKER | : | |
| Debtor | : | Case No.: 17-14256-MDC |

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Gregory J. Fricker and Patricia M. Fricker has filed a Motion to Modify Confirmed Pan of Reorganization with the court.   The proposed Modified Plan of Reorganization is attached.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, the deadline for filing objections is 21 days from service of the notice.   On or before **April 7, 2021**, you or your attorney must file a response to the Motion. (see Instructions below).

3. A hearing on the Motion is scheduled to be held on **April 22, 2021** at **11:00 a.m.** in **Courtroom #2**[1], United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at (address of bankruptcy clerk's office)

---

[1] Please check the court's website https://www.paeb.uscourts.gov/ for updates regarding court hearings.

9.  If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated below.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

                                                 Sean P. Mays, Esq.
                                                 Attorney for Debtor
                                                 65 W. Street Road, B102
                                                 Warminster, PA 18974
                                                 (215) 792-4321

Dated: March 24, 2021                                 SEAN@MAYSFIRM.COM