# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GREGORY J. FRICKER<br>PATRCIA M. FRICKER | No.: 17-14256-MDC<br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW MOTION

TO THE CLERK OF COURT:

Kindly withdraw Debtors' Motion to Modify Chapter 13 Plan (ECF No.101).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 30, 2021 | By: /s/ Sean P. Mays |
|  | Sean P. Mays, Esq. |
|  | Attorney for Debtor |