**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GREGORY J FRICKER<br>PATRICIA M FRICKER | Chapter 13 |
| Debtor | Bankruptcy No. 17-14256-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 30, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD  STE B102
WARMINSTER, PA 18974-

Debtor:
GREGORY J FRICKER
PATRICIA M FRICKER
526 PENNYPACK CIRCLE

HATBORO, PA 19040