United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14256-mdc |
| Gregory J. Fricker | Chapter 13 |
| Patricia M. Fricker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory J. Fricker, Patricia M. Fricker, 526 Pennypack Circle, Hatboro, PA 19040-3520 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 13937404 | + | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13937405 | + | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 13995331 | + | CCAP AUTO LEASE LTD, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 13937408 | + | Chryslercap, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13937409 | + | Chyslercap, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13937413 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 13937414 | + | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13963465 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14005707 | + | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 13937418 | + | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 13937419 | + | MyLoanSite.com, PO Box 188, Fort Thompson, SD 57339-0188 |
| 13945988 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14522833 | + | Prestige Financial Services, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14283182 | + | Santander Consumer USA Inc.,, d/b/a Chrysler Capital, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 13937422 | | Sheffield Fn, Attn Credit Disputes Dept, Wilson, NC 27894 |
| 13937432 | + | The Mays Law Firm PC, 65 W. Street Rd., Suite B102, Warminster, PA 18974-3216 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2021 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13937406 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 23:57:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13937411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 23:57:42 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |

Case 17-14256-mdc    Doc 123    Filed 10/02/21    Entered 10/03/21 00:39:13    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 13937410 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 23:57:38 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14005716 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2021 23:53:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13937412 | | Email/Text: mrdiscen@discover.com | Sep 30 2021 23:53:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 13941442 | | Email/Text: mrdiscen@discover.com | Sep 30 2021 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13963158 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 30 2021 23:53:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 13937416 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 30 2021 23:53:00 | Harley David, Po Box 21829, Carson City, NV 89721-1829 |
| 13937407 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 23:57:36 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14002240 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:37 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13987991 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:41 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13987992 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13987990 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:37 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028454 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:37 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13937417 | + | Email/Text: bk@lendingclub.com | Sep 30 2021 23:53:00 | Lending Club, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14000131 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2021 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13957068 | | Email/PDF: cbp@onemainfinancial.com | Sep 30 2021 23:57:39 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13937420 | + | Email/PDF: cbp@onemainfinancial.com | Sep 30 2021 23:57:40 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 13987988 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 23:57:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13937926 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2021 23:57:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14061096 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 23:57:44 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14522720 | + | Email/Text: bankruptcy@gopfs.com | Sep 30 2021 23:53:00 | Prestige Financial Services, P.O. Box 26707, Salt Lake City, UT 84126-0707 |
| 13973662 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2021 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13937421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 23:57:46 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13947675 | | Email/Text: bankruptcy@bbandt.com | Sep 30 2021 23:53:00 | Sheffield Financial, PO Box 1847, Wilson, NC |

Case 17-14256-mdc   Doc 123   Filed 10/02/21   Entered 10/03/21 00:39:13   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | 27894-1847 |
| 13937423 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:44 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 13937424 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:36 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13937425 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:44 | Syncb/ccsumt, Po Box 965068, Orlando, FL 32896-5068 |
| 13937427 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:36 | Syncb/ppxtrm, Po Box 965005, Orlando, FL 32896-5005 |
| 13937428 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:44 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 13937429 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:39 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 13937430 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:39 | Syncb/wlmrtd, Po Box 965024, Orlando, FL 32896-5024 |
| 13937431 | | Email/Text: bankruptcy@td.com | Sep 30 2021 23:53:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 13937433 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 30 2021 23:53:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13937415 | | Fulman |
| 13937426 | | Syncb/gnerac |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | *+ | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 14073681 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14075307 | *+ | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTEO SAMUEL WEINER | on behalf of Creditor Harley-Davidson bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 57 |

SEAN P. MAYS
 on behalf of Debtor Gregory J. Fricker sean@maysfirm.com

SEAN P. MAYS
 on behalf of Joint Debtor Patricia M. Fricker sean@maysfirm.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
 on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
 on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
 on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
GREGORY J FRICKER  
PATRICIA M FRICKER

Chapter 13

Debtor

Bankruptcy No. 17-14256-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 30, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD STE B102
WARMINSTER, PA 18974-

Debtor:
GREGORY J FRICKER
PATRICIA M FRICKER
526 PENNYPACK CIRCLE

HATBORO, PA 19040